1  AARON D. FORD
     Attorney General
2  KYLE L. HILL (Bar No. 16094)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way
   Suite 100
5  Las Vegas, Nevada 89119
   (702) 486-0429 (phone)
6  (702) 486-3768 (fax)
   Email: khill@ag.nv.gov

*Attorneys for Defendants Jeffrey Holz, Daniel Omler, Brittany Owens, Joshua Collins, Leah Sheeks, Nephi Taitano, Robert Smith, Christopher Herzog, William Miller, David Craig, Michael Flamm, David Tolotti, Benu Clark, Shawn Fluhrer, Michal Orzel, Aaron Ryer, Leah Bories, and Michael Tierney*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, II,<br><br>    Plaintiff,<br><br>v.<br><br>HOLTZ, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00253-ART-CSD<br><br>ORDER GRANTING<br>**MOTION TO EXTEND THE TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ECF NO. 34**<br>**[FIRST REQUEST]** |

Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, hereby request a 14-day extension of time to file their reply in support of the motion for summary judgment. ECF No. 34.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     RELEVANT FACTS AND PROCEDURAL HISTORY AND ARGUMENT**

This is a pro se prisoner civil rights action brought by Plaintiff James Edward Scott (Scott), asserting claims pursuant to 42 U.S.C. § 1983. Following mandatory screening of his complaint, this Court allowed Scott to proceed with an Eighth Amendment deliberate indifference to provide timely dialysis treatment against Defendants Jeffrey Holz (Holz),

Daniel Omler (Omler), Brittany Owens (Owens), Joshua Collins (Collins), Leah Sheeks (Sheeks), Nephi Taitano (Taitano), Robert Smith (Smith), Christopher Herzog (Herzog), William Miller (Miller), David Craig (Craig), Michael Flamm (Flamm), David Tolotti (Tolotti), Benu Clark (Clark), Shawn Fluhrer (Fluhrer), Michal Orzel (Orzel), Aaron Ryer (Ryer), Leah Bories (Bories), and Michael Tierney (Tierney). Defendants submitted their motion for summary judgment on this claim on July 21, 2025. ECF No. 34. On September 2, 2025, Scott submitted his opposition to this motion. ECF No. 37.

There is an ongoing statewide systems outage, which has prevented the Counsel from accessing the OAG's case management systems. Counsel for Defendant is currently unable to access information within his electronic case files necessary to draft and file a complete reply to this motion. There is currently no timeline for when access will be restored. Therefore, Counsel requests an additional 14 days to file his reply to the motion, until October 1, 2025.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, as the trial date is not imminent. Therefore, the Defendants request additional time to prepare and file the reply.

///
///
///
///
///
///
///

## II. CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstance are present to warrant the requested extension of time. Therefore, the Defendants request an extension until October 1, 2025, to file their reply in support of the motion for summary judgment.

DATED this 16th day of September, 2025.

          AARON D. FORD
          Attorney General

          By: */s/ Kyle L. Hill*
          KYLE L. HILL, Bar No. 16094
          Deputy Attorney General

          *Attorneys for Defendants*

IT IS SO ORDERED.

DATED: September 17, 2025.

_____
Craig S. Denney
United States Magistrate Judge