UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

    Plaintiff

v.

TAITANO, et al.,

    Defendants

Case No.: 3:23-cv-00253-ART-CSD

**Order**

Re: ECF No. 43

Defendants filed their motion for summary judgment on July 21, 2025. (ECF No. 34.)

Plaintiff filed a response on September 2, 2025. (ECF No. 37.)

Defendants requested and were granted an extension of time to file their reply brief, and filed it on October 9, 2025. (ECF Nos. 38, 39, 40, 41, 42.) On October 9, 2025, Plaintiff filed a second response to Defendants' motion for summary judgment. (ECF No. 43.)

  The Local Rules contemplate the filing of a motion, response/opposition, and reply. LR 7-2. A party may not file a supplemental brief without leave of court with a showing of good cause, and the court may strike supplemental filings made without leave of court. *Id*.

Plaintiff filed a supplemental response, ECF No. 43, without seeking leave of court; therefore, the Clerk shall **STRIKE** ECF No. 43.

**IT IS SO ORDERED**.

Dated: October 15, 2025

_____
Craig S. Denney
United States Magistrate Judge