# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

    Plaintiff

v.

TAITANO, et al.,

    Defendants

Case No.: 3:23-cv-00253-ART-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

Several of the orders issued in this action have been returned as undeliverable. (*See* ECF No. 48.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: December 17, 2025

                                              Craig S. Denney
                                              United States Magistrate Judge